# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 301 WAL 2014
:
              Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.           :
:
:
:
STANLEY MAURICE TREADWELL, JR.,  :
:
              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.